# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

DEVERICK SCOTT
ADC #131042                                                                                          PLAINTIFF

V.                                     2:07CV00111 WRW/JTR

LARRY B. NORRIS, Director,
Arkansas Department of Correction, et al.                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.  The Complaint (docket entry #2) is DISMISSED, WITHOUT PREJUDICE, for failing to comply with Fed. R. Civ. P. 8.

2.  The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

3.  Plaintiff's Application to Proceed *In Forma Pauperis* (docket entry #1) and Motion for Appointment of Counsel (docket entry #3) are DENIED, AS MOOT.

4.  The Clerk is directed to return Plaintiff's numerous exhibits to him without filing them in the record.

Dated this 26th day of September, 2007.

                                                                    /s/Wm. R. Wilson, Jr.
                                                          UNITED STATES DISTRICT JUDGE